PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| CR03-4130-001-DEO |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| CR07-00388 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| ADRIAN MONTALVO | NORTHERN DISTRICT OF IOWA | WESTERN |
| | NAME OF SENTENCING JUDGE | |
| | DONALD E. O'BRIEN | |
| | DATES OF SUPERVISED RELEASE: | FROM 04/06/07 — TO 04/05/11 |

**FILED JUN 19 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND**

**OFFENSE**

21 U.S.C. §§ 841(a)(1), 841 (b)(1)(B) & 846   Conspiracy to Distribute 50 Grams or More of Methamphetamine Mixture

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF IOWA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_June 1, 2007_
Date

_Donald E. O'Brien_
DONALD E. O'BRIEN
Senior United States District Court Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_June 13, 2007_
Effective Date

_[signature]_
United States District Judge