**UNITED STATES DISTRICT COURT**
Northern District of Iowa
Room 301 - Federal Building
320 6th Street
Sioux City, IA 51101
(712) 233-3900

Pridgen J. Watkins
Clerk of Court



Clerk, US District Court
Northern District of California
1301 Clay Street
Suite 400 S
Oakland, CA 94612-5212

June 26, 2007

RE:   USA v. Adrian Montalvo
      Our case # - CR03-4130 DEO
      Your case # - 07cr388 MJJ

Dear Clerk:

Please find enclosed a certified copy of the order transferring jurisdiction to the US Northern District of California, a certified copy of the indictment, the judgment, and the docket sheet.

Please do not hesitate to contact us with any questions.

Sincerely,

PRIDGEN J. WATKINS, CLERK

BY: s/src
    Deputy Clerk
    IAND Clerk's Office
    712-233-3936

E-filing

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | CR03-4130-001-DEO |
| DOCKET NUMBER *(Rec. Court)* | |

CR07-00388    MJJ

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| ADRIAN MONTALVO | NORTHERN DISTRICT OF IOWA | WESTERN |

ORIGINAL FILED
JUN 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| NAME OF SENTENCING JUDGE |
|---|
| DONALD E. O'BRIEN |

| DATES OF SUPERVISED RELEASE: | FROM 04/06/07 | TO 04/06/08 |
|---|---|---|

| OFFENSE |
|---|
| 21 U.S.C. §§ 841(a)(1), 841 (b)(1)(B) & 846    Conspiracy to Distribute 50 Grams or More of Methamphetamine Mixture |

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF IOWA"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 1, 2007
_____
*Date*

*Donald E. O'Brien*
_____
DONALD E. O'BRIEN
*Senior United States District Court Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 13, 2007
_____
*Effective Date*

_____
United States District Judge

I, the undersigned Clerk of the United States
District Court for the Northern District of Iowa
do certify that the foregoing is a true copy of
an original document remaining on file and
record in my office.
WITNESS my hand and seal of said Court
this _____ day of _____ 20___
Pridger D. Watkins, Clerk
By _____
           Deputy

Nicole

Filed By:
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

December 17, 2003 by: pm

Copies mailed/faxed to counsel of record, pro se parties and others listed here:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 03-  4130DEO |
| | ) | |
| vs. | ) | **COUNT 1** |
| | ) | 21 U.S.C. § 841(a)(1) |
| ADRIAN MONTALVO, | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 21 U.S.C. § 846 |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On November 30, 2003, in the Northern District of Iowa and elsewhere, the defendant, ADRIAN MONTALVO, did knowingly and unlawfully combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

This was in violation of Title 21, United States Code, Section 846.

A TRUE BILL

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court this ____ day of _____ 20__
Pridgen D. Watkins, Clerk
By _____
          Deputy

_____
Foreperson
Dated: December 17, 2003

CHARLES W. LARSON, SR.
United States Attorney

By:

s/ JOHN H. LAMMERS
Special Assistant United States Attorney

```
MIME-Version:1.0
From:ndia.ecf.notification@iand.uscourts.gov
To:ndia.ecf.notification@iand.uscourts.gov
Bcc:Jami_Gollhofer@iand.uscourts.gov,Tessie_Buttram@iand.uscourts.gov,Brian_Flannery@iand.uscourts
Message-Id:<62478@iand.uscourts.gov>
Subject:Activity in Case 5:03-cr-04130-DEO USA v. Montalvo "Indictment"
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Northern District of Iowa

Notice of Electronic Filing

The following transaction was received from kfs, entered on 12/18/2003 at 8:37 AM CST and filed on 12/17/2003

**Case Name:**          USA v. Montalvo
**Case Number:**     5:03-cr-4130
**Filer:**
**Document Number:** 1

**Docket Text:**
INDICTMENT as to Defendant Adrian Montalvo (1) - Count 1 - Voting record in vault (kfs, )

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=12/18/2003] [FileNumber=62476-0]
[23bbb460df6b4c4b83d6144c5efef220e85511e2c5deac8d88c517a8576ce4f1e70e
8d6f833fa13c9e977518f077eeb0293198bee11b1cad9aa49a92b1074695]]

**5:03-cr-4130-1 Notice will be electronically mailed to:**

Priscilla Elizabeth Forsyth      priscilla_forsyth@fd.org, martha_davis@fd.org;tina_roberts@fd.org

John H Lammers     jack.lammers@usdoj.gov, usao.ian-crim-sc@usdoj.gov

**5:03-cr-4130-1 Notice will not be electronically mailed to:**

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# United States District Court

### NORTHERN DISTRICT OF IOWA    AUG - 6 2004

UNITED STATES OF AMERICA

V.

**ADRIAN MONTALVO**

**JUDGMENT IN A CRIMINAL CASE**

Case Number:    **CR03-4130-001-DEO**

USM Number:    **02767-029**

**Priscilla Forsyth**
Defendant's Attorney

## THE DEFENDANT:

■ pleaded guilty to count(s)  **1 of the Indictment**

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) & 846 | Conspiracy to Distribute 50 Grams or More of Methamphetamine Mixture | 11/30/2003 | 1 |

    The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

■ Count(s)  **remaining against the defendant in CR03-4130**  are dismissed on the motion of the United States.

    IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material change in economic circumstances.

I, the undersigned Clerk of the United States
District Court for the Northern District of Iowa,
do certify that the foregoing is a true copy of
an original document remaining on file and
record in my office.
WITNESS my hand and seal of said Court
this ___ day of ___ 20__
Pridgen J. Watkins, Clerk
By ___
Deputy

Copies mailed on 8/6/04
to counsel of record or pro se
parties as shown on the docket
sheet.
Deputy Clerk

**July 27, 2004**
Date of Imposition of Judgment

Signature of Judicial Officer

**Donald E. O'Brien**
**Senior U. S. District Court Judge**
Name and Title of Judicial Officer

August 5, 2004

Date

AO 245B    (Rev. 12/03) Judgment in Criminal Case
           Sheet 2 — Imprisonment

DEFENDANT:        **ADRIAN MONTALVO**
CASE NUMBER:      **CR03-4130-001-DEO**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **60 months on Count 1 of the Indictment. The Court considered the factors set forth at 18 U.S.C. § 3553(1)-(7). (Note: If, hereafter, the United States Sentencing Guidelines are found to be constitutional, as a whole or in relation to this case, the Court, without further hearing or order, hereby imposes a sentence of 87 months imprisonment with all other sentence findings remaining unchanged.)**

■    The court makes the following recommendations to the Bureau of Prisons:

    **It is recommended the defendant be allowed to participate in the 500 hour residential drug treatment program and be designated to a facility in the San Francisco, California, area.**

■    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___6___

DEFENDANT:     **ADRIAN MONTALVO**
CASE NUMBER:   **CR03-4130-001-DEO**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **4 years on Count 1 of the Indictment**.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

    The defendant shall not commit another federal, state or local crime.

    The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

■   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 3C — Supervised Release

Judgment—Page    4    of    6

DEFENDANT:         **ADRIAN MONTALVO**
CASE NUMBER:       **CR03-4130-001-DEO**

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as he is released from the program by the probation officer; however, through counsel he may petition the Court to be excused from participation in a specific substance abuse treatment component if he can demonstrate that he successfully completed comparable treatment while in the custody of the Bureau of Prisons.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
       Sheet 5 — Criminal Monetary Penalties

Judgment — Page   5   of   6  

DEFENDANT:       **ADRIAN MONTALVO**
CASE NUMBER:     **CR03-4130-001-DEO**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100 | $ 0 | $ 0 |

☐   The determination of restitution is deferred until       . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| **TOTALS** | $ _____ | $ _____ | |
|---|---|---|---|

☐   Restitution amount ordered pursuant to plea agreement  $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐   the interest requirement is waived for the   ☐  fine  ☐  restitution.

    ☐   the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
            Sheet 6 — Criminal Monetary Penalties

Judgment — Page __6__ of __6__

DEFENDANT:        **ADRIAN MONTALVO**
CASE NUMBER:      **CR03-4130-001-DEO**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A    ☐    Lump sum payment of $ _____ due immediately, balance due

        ☐    not later than _____ , or
        ☐    in accordance with    ☐ C,  ☐ D,  ☐ E,  or  ☐ F below; or

B    ■    Payment to begin immediately (may be combined with    ☐ C,        ☐ D, or    ☐ F below); or

C    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
        term of supervision; or

E    ☐    Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
        imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    ☐    Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AUG 2 6 1996

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

FILED
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

AUG 2 3 1996
8:00 am

By: _____
Deputy

| | |
|---|---|
| IN RE UNSEALING ) | |
| DOCUMENTS ) | ADMINISTRATIVE ORDER 1323 |
| IN CRIMINAL CASES ) | |

It having been brought to the courts attention that the number of sealed documents contained in criminal files which have been terminated is creating administrative problems relating to the storage and maintenance of these files and that the need to have documents remain under seal generally diminishes with the termination of the actions.

NOW THEREFORE, IT IS ORDERED

1. After a criminal action in this district has been terminated by judgment or dismissal all pleadings and other papers including exhibits and all ex parte filings shall be automatically unsealed by the Clerk unless the court orders otherwise or a party files a written objection with the Clerk within 10 days or the receipt of a copy of this order. The objection shall set out the documents which should be allowed to remain under seal and may be filed under seal.

2. Nothing in this order shall be construed to authorize the unsealing of presentence reports unless the court so orders.

3.  The Clerk shall provide a copy of this order to all parties at the time judgment is entered and so note on the docket.

**August 21, 1996.**


Michael J. Melloy, Chief Judge
United States District Court


Mark W. Bennett, District Judge
United States District Court

```
MIME-Version:1.0
From:ndia.ecf.notification@iand.uscourts.gov
To:ndia.ecf.notification@iand.uscourts.gov
Bcc:iand_ecffin.notification@iand.uscourts.gov,usm,usp,Jami_Gollhofer@iand.uscourts.gov,Tessie_But
Message-Id:<137761@iand.uscourts.gov>
Subject:Activity in Case 5:03-cr-04130-DEO USA v. Montalvo "Judgment"
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS***You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Northern District of Iowa

Notice of Electronic Filing

The following transaction was received from ak, entered on 8/6/2004 at 4:43 PM CDT and filed on 8/6/2004

**Case Name:**       USA v. Montalvo
**Case Number:**    5:03-cr-4130
**Filer:**
**WARNING: CASE CLOSED on 08/06/2004**
**Document Number:**    21

**Docket Text:**
JUDGMENT as to Defendant Adrian Montalvo (1), Count(s) 1, Committed to BOP 60 months on Count 1 of the Indictment. The Court considered the factors set forth at the 18 U.S.C Sec 3553 (1)-(7). (Note: If, hereafter, the United States Sentencing Guidelines are found to be constitutional, as a whole or in relation to this case, the Court, without further hearing or order, hereby imposes a sentence of 87 months imprisonment with all other sentence findings remaining unchanged.) Supervised Release 4 years. Special Assessment $100. Judgment Book # 61 Document # 18 Signed by Judge Donald E O'Brien on 08/05/04. (ak, )

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=8/6/2004] [FileNumber=137759-0]
[a31f2acbcc8019f967aee999b0b510d770c88522187c6258afc702222e6c31dee01b7
d2d05631961e36660c9d95ccf7b8f01e6dd9a9a7c7e36883108d19ccbbe]]

**5:03-cr-4130-1 Notice will be electronically mailed to:**

Priscilla Elizabeth Forsyth    priscilla_forsyth@fd.org, martha_davis@fd.org;tina_roberts@fd.org

John H Lammers    jack.lammers@usdoj.gov, usao.ian-crim-sc@usdoj.gov

**5:03-cr-4130-1 Notice will not be electronically mailed to:**

CLOSED, INTERPRETER

**U.S. District Court**
**Northern District of Iowa (Western Division)**
**CRIMINAL DOCKET FOR CASE #: 5:03-cr-04130-DEO-ALL**
**Internal Use Only**

Case title: USA v. Montalvo                                  Date Filed: 12/17/2003
Other court case number: 03MJ0152 USDC - SCIA

Assigned to: Senior Judge Donald E O'Brien
Referred to: Chief Magistrate Paul A Zoss

**Defendant**

**Adrian Montalvo (1)**                  represented by   **Priscilla Elizabeth Forsyth**
*TERMINATED: 08/06/2004*                                  Attorney at Law
                                                          505 Fifth Street
                                                          Suite 240
                                                          **ECF
I, the undersigned Clerk of the United States             Sioux City, IA 51101
District Court for the Northern District of Iowa,         712 224 2371
do certify that the foregoing is a true copy of           Fax: 224 2372
an original document remaining on file and                Email: PriscillaForsyth@cableone.net
record in my office.                                      *LEAD ATTORNEY*
WITNESS my hand and seal of said Court                    *ATTORNEY TO BE NOTICED*
this _____ day of _____ 20___                           *Designation: Public Defender or Community*
        Pridgen J. Watkins, Clerk                         *Defender Appointment*
By _____
              Deputy

**Pending Counts**                                        **Disposition**

                                                          Committed to BOP 60 months on Count 1 of
                                                          the Indictment. The Court considered the
                                                          factors set fort at the 18 U.S.C Sec 3553
21:846 CONSPIRACY TO DISTRIBUTE                           (1)-(7). (note: If, hereafter, the United States
CONTROLLED SUBSTANCE -                                    Sentencing Guidelines are found to be
Methamphetamine - Schedule II                             constitutional, as a whole or in relation to this
(1)                                                       case, the Court, without further hearing or
                                                          order, hereby imposes a sentence of 87
                                                          months imprisonment with all other sentence
                                                          findings remaining unchanged.) Supervised
                                                          Release 4 years. Special Assessment $100.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                            **Disposition**

None

**Plaintiff**

**USA**                                   represented by **John H Lammers**
                                          US Attorney's Office
                                          600 4th Street
                                          Suite 670
                                          **ECF
                                          Sioux City, IA 51101
                                          712 255 6011
                                          Fax: 252 2034
                                          Email: jack.lammers@usdoj.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2003 | 1 | INDICTMENT as to Defendant Adrian Montalvo (1) - Count 1 - Voting record in vault (kfs, ) (Entered: 12/18/2003) |
| 12/17/2003 | 2 | Arrest Warrant Issued as to Defendant Adrian Montalvo (kfs, ) (Entered: 12/18/2003) |
| 12/18/2003 | 3 | ORDER SETTING HEARINGS as to Defendant Adrian Montalvo Arraignment set for 1/8/2004 02:30 PM in SC 1st Fl Ct before Magistrate Paul A Zoss. Signed by Judge Paul A Zoss on 12/18/03. (des, ) (Entered: 12/18/2003) |
| 12/29/2003 | 4 | Arrest Warrant Returned Executed on 12/18/03 as to Defendant Adrian Montalvo. (pkm) (Entered: 12/29/2003) |
| 01/08/2004 | 5 | Minute Entry for proceedings held before Judge Paul A Zoss :Arraignment as to Defendant Adrian Montalvo (1) Count 1 held on 1/8/2004 Attorney Priscilla Forsyth for defendant, and defendant pled not guilty, defendant is detained (Tape #Digital, Interpreter Irene Tomassini-Spanish.) (des, ) (Entered: 01/08/2004) |
| 01/08/2004 |  | LC***Location start as to Defendant Adrian Montalvo (des, ) (Entered: 01/08/2004) |
| 01/08/2004 | 6 | TRIAL MANAGEMENT ORDER and Stipulated Discovery Order as to Defendant Adrian Montalvo Jury Trial set for 3/1/2004 in SC 3rd Fl Ct before Senior Judge Donald E O'Brien. Pretrial Conference set for 3/1/2004 08:30 AM in SC 3rd Fl Ct before Senior Judge Donald E O'Brien. Jury Instructions due by 2/23/2004. Motions due by 2/5/2004. Trial Related Motions due by 2/17/2004. Signed by Judge Paul A Zoss on 1/08/04. (des, ). (Entered: 01/08/2004) |
| 02/05/2004 | 7 | UNRESISTED MOTION for Continuance by Defendant Adrian Montalvo. (Forsyth, Priscilla) (Entered: 02/05/2004) |
| 02/26/2004 | 8 | ORDER TO CONTINUE - Ends of Justice as to Defendant Adrian Montalvo Time excluded from 2/05/04 until 4/05/04. (7) Unresisted Motion for Continuance sustained. Jury Trial reset for 4/5/2004 09:30 AM in SC 3rd Fl Ct before Senior Judge Donald E O'Brien. Pretrial Conference reset for 4/5/2004 08:30 AM in SC 3rd Fl Ct before Senior Judge Donald E O'Brien. Jury Instructions due by 3/29/2004. Trial Related Motions due by 3/22/2004. Signed by Judge Donald E O'Brien on 2/26/04. (des, ) (Entered: 02/27/2004) |
| 03/22/2004 | 9 | ORDER SETTING HEARING as to Defendant Adrian Montalvo, ***Setting PLEA-SET/Clearing JURY TRIAL Flags as to Defendant Adrian Montalvo. Change of Plea Hearing set for 4/2/2004; 03:30 PM in SC 3rd Fl Ct before Senior Judge Donald E O'Brien. Jury Trial of April 5, 2004, CANCELLED. Signed by Judge Donald E O'Brien on 03/22/04. (ak, ) (Entered: 03/22/2004) |
| 04/02/2004 | 10 | Minute Entry for proceedings held before Judge Donald E O'Brien :Change of Plea Hearing as to Defendant Adrian Montalvo held on 4/2/2004, Plea entered by Defendant Adrian Montalvo (1) Guilty Count 1, ***Set AwaitSent Flag Clear PleaSet Flag as to Defendant Adrian Montalvo (Court Reporter Shelly Semmler, Interpreter Patrick Brandin.) (des, ) (Entered: 04/02/2004) |
| 07/07/2004 | 11 | ORDER SETTING HEARINGS as to Defendant Adrian Montalvo Sentencing set for 7/20/2004 01:45 PM in SC 3rd Fl Ct before Senior Judge Donald E O'Brien. Signed by Judge Donald E O'Brien on 7/07/04. (des, ) (Entered: 07/07/2004) |

| 07/19/2004 | 12 | SENTENCING MEMORANDUM by Defendant Adrian Montalvo (Forsyth, Priscilla) (Entered: 07/19/2004) |
|---|---|---|
| 07/19/2004 | 13 | ORDER CANCELLING SENTENCING HEARING as to Defendant Adrian Montalvo. This matter will be rescheduled by the Court at a later date. Signed by Judge Donald E O'Brien on 7/19/04. (src) (Entered: 07/19/2004) |
| 07/20/2004 | 14 | ORDER RESETTING HEARINGS as to Defendant Adrian Montalvo Sentencing reset for 7/26/2004 02:30 PM in SC 3rd Fl Ct before Senior Judge Donald E O'Brien. Signed by Judge Donald E O'Brien on 7/20/04. (des, ) (Entered: 07/20/2004) |
| 07/20/2004 | 15 | TRANSCRIPT of Plea Taking Proceedings as to Defendant Adrian Montalvo held on 04/02/04 before Judge O'Brien. Court Reporter: Shelly Semmler. For copy of transcript, please contact Court Reporter at U.S. District Court, 320 6th Street, Sioux City, IA., Telephone (712) 233-3846. (ak, ) (Entered: 07/20/2004) |
| 07/21/2004 | 16 | ORDER RESETTING HEARING as to Defendant Adrian Montalvo Sentencing RE-set for 7/26/2004; 03:30 PM in SC 3rd Fl Ct before Senior Judge Donald E O'Brien. Signed by Judge Donald E O'Brien on 7/21/04. (ak, ) (Entered: 07/21/2004) |
| 07/21/2004 | | ***Excludable stopped as to Defendant Adrian Montalvo. (ksy, ) (Entered: 07/22/2004) |
| 07/23/2004 | 17 | SENTENCING MEMORANDUM by Defendant Adrian Montalvo (Forsyth, Priscilla) (Entered: 07/23/2004) |
| 07/26/2004 | 18 | ORDER RESETTING HEARING as to Defendant Adrian Montalvo Sentencing RE-set for 7/27/2004; 08:30 AM in SC 3rd Fl Ct before Senior Judge Donald E O'Brien. Signed by Judge Donald E O'Brien on 7/26/04. (ak, ) (Entered: 07/26/2004) |
| 07/27/2004 | 19 | Minute Entry for proceedings held before Senior Judge Donald E O'Brien -Sentencing held on 07/27/2004 as to Defendant Adrian Montalvo - Clear Awaiting Sentencing Flag (Court Reporter: Carolyn Plueger - Interpreter: Maria J Cazabon - Spanish) (kfs, ) (Entered: 07/27/2004) |
| 07/27/2004 | 20 | Order Sealing PSIR as to Defendant Adrian Montalvo. Signed by Senior Judge Donald E O'Brien on 07/27/04. (kfs, ) (Entered: 07/27/2004) |
| 08/06/2004 | 21 | JUDGMENT as to Defendant Adrian Montalvo (1), Count(s) 1, Committed to BOP 60 months on Count 1 of the Indictment. The Court considered the factors set forth at the 18 U.S.C Sec 3553 (1)-(7). (Note: If, hereafter, the United States Sentencing Guidelines are found to be constitutional, as a whole or in relation to this case, the Court, without further hearing or order, hereby imposes a sentence of 87 months imprisonment with all other sentence findings remaining unchanged.) Supervised Release 4 years. Special Assessment $100. Judgment Book # 61 Document # 18 Signed by Judge Donald E O'Brien on 08/05/04. (ak, ) (Entered: 08/06/2004) |
| 08/11/2004 | 22 | SEALED PRESENTENCE INVESTIGATION REPORT as to Defendant Adrian Montalvo (HOUSED SEPARATELY w/Statement of Reasons). (src) (Entered: 08/11/2004) |
| 08/11/2004 | 23 | SEALED SENTENCING RECOMMENDATION as to Defendant Adrian Montalvo. (HOUSED SEPARATELY) (src) (Entered: 08/11/2004) |
| 10/04/2004 | 24 | Judgment Returned Executed as to Defendant Adrian Montalvo - Defendant delivered on 09/23/04 to TCI-SCP at Taft, CA (kfs, ) (Entered: 10/04/2004) |
| 06/26/2007 | 25 | Probation Jurisdiction Transferred to Northern District of California as to Defendant Adrian Montalvo. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. Signed by Senior Judge Donald E O'Brien from the Norhern District of Iowa on 6/1/07, and by Judge Martin J Jenkins from the Northern District of California on 6/13/07. Certified copies to USP, CR Financial. (Attachments: # 1 Correspondence to CAND)(src) (Entered: 06/26/2007) |